UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:21-cv-01142-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE REQUIRED FILING FEES |
| MCCLOUGH, et al., | |
| Defendants. | |

Plaintiff Billy Driver, Jr. is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 19, 2022, the then-assigned district judge adopted findings and recommendations denying plaintiff's application for leave to proceed *in forma pauperis* because plaintiff has previously suffered three or more dismissals of actions he has filed which qualify as strikes within the meaning of 28 U.S.C. § 1915(g). (Doc. No. 15.) Plaintiff was granted fourteen days in which to pay the required $402 filing fee for this action and warned that his failure to timely submit the filing fee would result in the dismissal of this action. (*Id.*) Plaintiff has not paid the required filing fee, and the allotted time has passed.

/////

/////

1

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee;

2. Plaintiff's motion for e-filing access and investigation (Doc. No. 7), is denied as having been rendered moot; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 5, 2022**                           /s/ Dale A. Drozd
                                                                            UNITED STATES DISTRICT JUDGE

2